UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

AMERICAN HONDA MOTOR CO., INC., a
foreign corporation,

           Plaintiff,

-vs-                                                     Case No. 5:04-cv-12-Oc-10GRJ

MOTORCYCLE INFORMATION
NETWORK, INC., a Florida corporation,
GREGORY S. SCHWEIGHART,

           Defendants.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 106) recommending that Plaintiff American Honda Motor Co., Inc.'s Dispositive Motion for Summary Judgment (Doc. 78) be granted. Defendants Motorcycle Information Network, Inc. and Gregory Schweighart have filed timely objections to the report and recommendation of the Magistrate Judge (Doc. 113). Defendants object to the Magistrate Judge's report and recommendation on the following bases: (1) that the Magistrate Judge failed to apply the appropriate summary judgment standard, thereby giving inappropriate weight to evidence submitted by the parties and failing to give the Defendants "the benefit of all reasonable factual inferences, in the light most favorable;" (2) that the Magistrate Judge made various credibility determinations and resolved factual inferences that should have been left for resolution by a jury; (3) that the Magistrate Judge erroneously divided Defendants' claims

under the Florida Deceptive and Unfair Trade Practices Act into two separate causes of action, based on the fact that the Act was substantially amended during the time that the actions which formed the basis for this claim occurred; (4) that the Magistrate Judge did not consider all of the evidence submitted by Defendants; and (5) that the Magistrate Judge erroneously required Defendants to prove their alleged lost profits

The Court has conducted an independent *de novo* examination of the file, including the pleadings submitted by all parties at the summary judgment stage and all record evidence, and the Court finds no merit to Defendants' objections.  The Magistrate Judge's report and recommendation is a thorough, well-reasoned, and detailed analysis of both the applicable facts and laws, as well as a correct and reasonable application of the summary judgment standard.  The Court further agrees with the arguments set forth in Plaintiffs' response in opposition to Defendants' objections (Doc. 114).  Simply put, the Court finds no error with the Magistrate Judge's report and recommendation.

Accordingly, upon due consideration it is ORDERED that:

1. Defendants' Objections to the Report and Recommendation of the United States Magistrate Judge (Doc. 113) are OVERRULED.

2. The report and recommendation of the Magistrate Judge (Doc. 106) is adopted, confirmed and made a part hereof.

3.  Plaintiff American Honda Motor Co., Inc.'s Dispositive Motion for Summary Judgment (Doc. 78) is GRANTED, and it is adjudged and declared that American Honda is the rightful owner and/or user of the intellectual property and/or proprietary technology

alleged in its Complaint, and/or that the intellectual property and/or proprietary technology does not infringe any valid and enforceable rights of the Defendants.  It is further adjudged and declared that the Defendants have no valid or legally cognizable protectible and/or enforceable intellectual property rights to or affecting the subject proprietary technology.

4.  The Plaintiff's Motion to Strike Portions of Motorcycle Information Network, Inc. and Gregory Schweighart's Response to Plaintiff's Motion for Summary Judgment and Supporting Appendix (Doc.  102) is DENIED.

5.  The Clerk is DIRECTED to withhold entry of final judgment pending resolution of Plaintiff's Motion for Contempt and Sanctions Against Robert Craig Knievel (Doc.  104), which recently became ripe for review.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 7th day of December, 2005.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones
             Counsel of Record
             Maurya A. McSheehy