UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

AMERICAN HONDA MOTOR CO., INC., a
foreign corporation,

          Plaintiff,

-vs-                                           Case No.  5:04-cv-12-Oc-10GRJ

MOTORCYCLE INFORMATION
NETWORK, INC., a Florida corporation,
GREGORY S. SCHWEIGHART,

          Defendants.
_____

## **O R D E R**

The United States Magistrate Judge has issued a report (Doc. 116) recommending that the Plaintiff American Honda Motor Co., Inc.'s Motion for Contempt and Sanctions Against Robert Craig Knievel (Doc. 104) be denied. The Plaintiff has not objected to the report and recommendation of the Magistrate Judge, and the time for objecting has elapsed.

Upon an independent examination of the file and upon due consideration, the report and recommendation of the Magistrate Judge (Doc. 116) is adopted, confirmed and made a part hereof, and the Motion for Contempt and Sanctions (Doc. 104) is DENIED. Because the Court has previously entered summary judgment in favor of American Honda, and because there are no other pending matters in this case, the Clerk is DIRECTED to enter final judgment in favor of American Honda and in accordance with the Court's

December 7, 2005 Order (Doc. 115), terminate any pending motions, and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 20th day of April, 2006.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Counsel of Record