## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## OCALA DIVISION

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> -vs- ) <br> ) <br> MOTORCYCLE INFORMATION ) <br> NETWORK, INC., et al. ) <br> ) <br> Defendants. ) <br> _____) <br> ) <br> MOTORCYCLE INFORMATION ) <br> NETWORK, INC., ) <br> ) <br> Counterplaintiff, ) <br> ) <br> -vs- ) <br> ) <br> AMERICAN HONDA MOTOR CO. INC., ) <br> ) <br> Counterdefendant. ) <br> _____) | CASE NO.: 5:04-CV-12-OC-10GRJ <br><br><br> **Oral Argument Requested (1 Hour)** |

### AMERICAN HONDA'S MOTION FOR AN AWARD OF REASONABLE ATTORNEYS' FEES AND RELATED NON-TAXABLE EXPENSES AGAINST DEFENDANTS MOTORCYCLE INFORMATION <u>NETWORK, INC. AND GREGORY SCHWEIGHART</u>

Pursuant to Fed. R. Civ. P. 54(d), Local Rule 4.18, §§ 501.2105(1) and 688.005, Fla. Stat., and this Court's inherent power and authority, American Honda Motor Co., Inc. moves this Court for entry of an Order and final judgment thereon awarding it its reasonable attorneys' fees and related non-taxable expenses in the amount of $573,517.26, to be paid jointly and severally by Motorcycle Information Network, Inc. and Gregory S. Schweighart,

which were incurred in defense of their claims. In support of this Motion, American Honda also relies on the accompanying memorandum of law and the affidavits of Hal K. Litchford and Russell W. LaPeer.

Respectfully submitted,

**LITCHFORD & CHRISTOPHER**
Professional Association
Bank of America Center
390 North Orange Avenue
Post Office Box 1549
Orlando, Florida 32802
Telephone: (407) 422-6600
Telecopier: (407) 841-0325

By: s/ Paul E. DeHart
    Hal K. Litchford
    Florida Bar No.: 272485
    E-mail: hkl@litchris.com
    David G. Lerner
    Florida Bar No.: 961302
    E-mail: dgl@litchris.com
    Paul E. DeHart
    Florida Bar No.: 518093
    E-mail: ped@litchris.com

Attorneys for American Honda

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 5, 2006, I electronically filed the foregoing Motion for an Award of Reasonable Attorneys' Fees and Related Non-Taxable Expenses Against Defendants with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following counsel for Defendants: S. Tracy Long, Esq. (stl@500law.com).

s/ Paul E. DeHart
Paul E. DeHart