UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

| | |
|---|---|
| AMERICAN HONDA MOTOR CO., INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| -vs- ) | CASE NO.: 5:04-CV-12-OC-10GRJ |
| ) | |
| MOTORCYCLE INFORMATION ) | |
| NETWORK, INC., et al., ) | |
| ) | |
| Defendants. ) | |
| _____) | |
| ) | |
| MOTORCYCLE INFORMATION ) | |
| NETWORK, INC., ) | |
| ) | |
| Counterplaintiff, ) | |
| ) | |
| -vs- ) | |
| ) | |
| AMERICAN HONDA MOTOR CO. INC., ) | |
| ) | |
| Counterdefendant. ) | |
| _____) | |

**AMERICAN HONDA MOTOR CO., INC.'S NOTICE OF FILING TRANSCRIPTS
IN SUPPORT OF ITS MOTION FOR ATTORNEYS' FEES AND COSTS**

PLEASE TAKE NOTICE that on the 5th day of May, 2006, counsel for American Honda Motor Co., Inc. ("American Honda") caused to be filed with the Clerk of the Court the following transcripts in support of its Motion for Attorneys' Fees and Costs in the above-captioned cause:

    1.    Deposition of Paul Leinberger taken May 23, 2005,

    2.    Deposition of Jeff Parsons taken April 29, 2005,

119039.TMP

3. Deposition of Steven Curtis taken May 17, 2005,

4. Deposition of Elsom Eldridge, Jr. taken May 18, 2005,

5. Deposition of Bryon Craig taken May 19, 2005,

6. Deposition of William T. Robinson taken June 13, 2005, and

7. Deposition of Kelly Knievel taken August 26, 2005.

Dated May 5, 2006.

          **LITCHFORD & CHRISTOPHER**
          Professional Association
          Bank of America Center
          390 North Orange Avenue
          Post Office Box 1549
          Orlando, Florida 32802
          Telephone: (407) 422-6600
          Telecopier: (407) 841-0325

          By:  s/ Paul E. DeHart
                Hal K. Litchford
                Florida Bar No.: 272485
                E-mail: hkl@litchris.com
                David G. Lerner
                Florida Bar No.: 961302
                E-mail: dgl@litchris.com
                Paul E. DeHart
                Florida Bar No.: 518093
                E-mail: ped@litchris.com

          Attorneys for American Honda

**CERTIFICATE OF SERVICE**

     I HEREBY CERTIFY that on May 5, 2006, I electronically filed the foregoing Notice of Filing Transcripts with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to the following: Philip A. Duvalsaint, Esq. (pad@500law.com); S. Tracy Long, Esq. (stl@500law.com), and Joseph V. Priore (jvp@500law.com).

                                                  s/ Paul E. DeHart
                                                    Hal K. Litchford
                                                    David G. Lerner
                                                    Paul E. DeHart