# SILVERMAN SANTUCCI, LLP

*"Protecting Creative Endeavors"*

Home  |  About Us  |  Practice Areas  |  Clients  |  News  |  Legal Info/FAQ's  |  Photos  |  Contact Us

**Silverman Santucci, LLP** is a high-energy patent and intellectual property practice with offices in Ft. Lauderdale, FL and Newark, NJ, with correspondent offices in Canada, Europe, Japan and China. The firm's lawyers have collective legal related experience and backgrounds in biotechnology, computer science, electronics, insurance, business, real-estate, the arts and entertainment law.

The firm obtains patents, trademarks and copyrights on a global basis, licenses and litigates technology and trade secret issues, interfaces with the Food and Drug Administration, National Institutes of Health, The U.S. Customs Service, and Medical Schools as well as structures startups and IPO positions.

All consultations and inquiries are treated in total confidence. Silverman Santucci, LLP empowers creative and entrepreneurial individuals and businesses with a basic understanding of the ways they can protect their work. In the global marketplace of products, services and ideas, pioneering creativity, effort and ingenuity often go unrewarded. However, by taking advantage of the various protections afforded by state, federal and international law, scientists, engineers, businessmen and artists can be protected in their creative and entrepreneurial endeavors.

我们说汉语
Hablamos español
Falamos português
Nous parlons le français
Mówimy po polsku

© 2005, Silverman Santucci, LLP

**Composite Exhibit "A"**

# SILVERMAN SANTUCCI, LLP

*"Protecting Creative Endeavors"*

Home | About Us | Practice Areas | Clients | News | Legal Info/FAQ's | Photos | Contact Us

**Intellectual Property Infringement**

The firm is engaged in a wide range of enforcement activities against infringers of intellectual property rights. This activity runs the gamut from enforcement of rights to trade secrets, celebrity names, photographs and likenesses, to litigation of rights associated with patents, trademarks, and copyrights.

For more information regarding the inter-relationship of these areas of intellectual property, click on the respective sub-sections of the "Practice Areas" section of our website.

To speak to an attorney in this area, click on Michael I. Santucci

© 2005, Silverman Santucci, LLP

# SILVERMAN SANTUCCI, LLP

*"Protecting Creative Endeavors"*

Home | About Us | Practice Areas | Clients | News | Legal Info/FAQ's | Photos | Contact Us

**Trade Secret Enforcement/Protection**

According to Florida's Uniform Trade Secrets Act, a "trade secret" is information, including a formula, pattern, compilation, program, device, method, technique, or process that: **(a)** Derives independent economic value, actual or potential, from not being generally known to, and not being readily ascertainable by proper means by, other persons who can obtain economic value from its disclosure or use; and **(b)** Is the subject of efforts that are reasonable under the circumstances to maintain its secrecy. § 688.002(4), Fla. Stat. More simply, a trade secret is any information that can be used in the operation of a business or other enterprise and that is sufficiently valuable and secret to afford an actual or potential economic advantage over others.

The modern law of trade secrets evolved in England in the early 19th century in response to the growing accumulation of technical know-how and the increased mobility of employees during the industrial revolution. In the United States the protection of trade secrets was recognized by the middle of the 19th century, and by the end of the century the principal features of contemporary trade secret law were well established. The protection of trade secrets advances several interests including preventing the competitive advantage through a breach of confidence. The imposition of liability for the appropriation of a trade secret protects a plaintiff from unfair competition and deprives the defendant of unjust enrichment attributable to bad faith. The protection of trade secrets has been justified as a means to encourage investment in research by providing an opportunity to capture the returns from successful innovations.

The attorneys of the firm of Silverman Santucci, LLP are known for their representation of clients in a number of important trade secret cases including, for example, the case of **All Pro Sports Camps v. Walt Disney Company**; **Triple Tee Golf v. Nike**.

For more information regarding protection of trade secrets, go to the "Legal Info" section of our website.

To speak to an attorney in this area, click on Michael I. Santucci

© 2005, Silverman Santucci, LLP

# SILVERMAN SANTUCCI, LLP

*"Protecting Creative Endeavors"*

Home | About Us | Practice Areas | Clients | News | Legal Info/FAQ's | Photos | Contact Us

- Art & Entertainment Law
- Bio Tech Licensing
- Civil Litigation
- Commercial Litigation
- Computer/Software Law
- Copyrights
- Corporate & Transactional Law
- Criminal Law
- Domain Name Disputes
- Federal Administrative Law
- Foreign Practice
- Insurance Law
- Intellectual Property Infringe
- International Trade Commission
- Internet Law
- Patent Enforcement
- Patent Prosecution
- Protection of Business Methods
- State Administrative Law
- Technology Licensing
- Trade Secret Enforcement/Prote
- Trademarks
- WIPO Arbitration

Melvin K. Silverman, Esq. brings over thirty (30) years experience to clients of the Firm in the areas of intellectual property including patent, trademark and copyright enforcement, domestic and foreign patent prosecution, and all aspects of copyright, trademark, and domain name registration and patent solicitation.

Mr. Silverman is a registered patent attorney with the U.S. Patent and Trademark Office, and holds a B.S. degree in electrical engineering from Columbia University. He is a member of the New Jersey State Bar and is registered to practice in the Federal Circuit; Third U.S. Circuit; and the International Trade Commission. Prior to attending Seton Hall Law School, he worked with NASA on the Saturn/Apollo Project in developing inertial guidance components for the Lunar missions of the 1970's. Mr. Silverman was an original member of the legal team of Johnnie Cochran, Willie E. Gary and Michael I. Santucci in the 2000 landmark case of All Pro Sports Camps, Inc. v. Walt Disney Company. In addition, he has been lead counsel in other major intellectual property litigations including Estate of Waters v. Walt Disney World (a contest over the creative origin of EPCOT), and Lechters, Inc. v. The Sports Authorities.

He is also vice-president of LifeScience Concepts, LLC. ("LSC"), an entity concerned with the collection of data and the validation of theories of alternative medicine, certain off-label uses of FDA approved drugs, and prospective "orphan" drugs. LSC licenses technology resultant from such activity. In this capacity, and as a practicing patent attorney, he has worked with the New Jersey Medical School, NYU Medical School, Virginia Tech, and Nova



**Melvin K. Silverman**

One Gateway Center
Suite 2600
Newark, NJ 07102
Telephone: 973-645-9494
Facsimile: 954-492-0087
mks@500law.com

Medical School.

Mr. Silverman was formally a partner in an international patent practice firm in New York City, and continues to draw upon the experience today to the benefit of the Firm. He is also liaison to prototype and model makers, which the Firm uses to assist inventors in the reduction-to-practice of their inventions. Mr. Silverman has taught "Patent Law for Engineers" at Stevens Institute in Hoboken, New Jersey, and is an active member in alumni affairs of Columbia University. His areas of specific technical expertise include: trade secret practice, software and Internet law, protection of business methods, and intellectual property areas related to bio-physics, medical imaging and information theory.

Mr. Silverman is the head of the Firm's New Jersey office, which is located in the Gateway Complex adjacent to Seton Hall Law School and nearby to NJ Medical School and NJ Institute of Technology.

© 2005, Silverman Santucci, LLP