UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

AMERICAN HONDA MOTOR CO., INC., a
foreign corporation,

                Plaintiff,

-vs-                                                      Case No.  5:04-cv-12-Oc-10GRJ

MOTORCYCLE INFORMATION
NETWORK, INC., a Florida corporation,
GREGORY S. SCHWEIGHART,

                Defendants.
_____

**O R D E R**

This action commenced on January 9, 2004, with the filing of a declaratory judgment action by the Plaintiff, American Honda Motor Co., Inc. ("American Honda"). (Doc. 1). The Defendants, represented by the law firm of Silverman Santucci LLP, filed numerous counterclaims on May 10, 2004, (Doc. 19), which were heavily litigated over the next nineteen (19) months. The Defendants dismissed one of their counterclaims on June 21, 2005, (Doc. 65), and on December 7, 2005, the Court adopted the United States Magistrate Judge's Report and Recommendation and granted American Honda's motion for summary judgment. (Doc. 115). Judgment in favor of American Honda on all remaining claims and counterclaims was entered on April 21, 2006. (Doc. 118).

This case is now before the Court for consideration of American Honda's two motions for attorney's fees and costs. The first motion, (Doc. 122), seeks attorney's fees

in the amount of $573,517.26 plus related non-taxable expenses against both Defendants, jointly and severally, pursuant to Fla. Stat. § 501.2105(1), Fla. Stat. § 688.005, and the Court's inherent powers to tax fees against litigants who abuse the judicial process.[1]  On September 17, 2007, the Magistrate Judge issued a Report and Recommendation, (Doc. 156), recommending that American Honda's motion be granted in part.  Neither Defendant has filed any objections to the report, and the time for objecting has elapsed.

American Honda's second motion, (Doc. 123), has been much more heavily litigated. In that motion, American Honda seeks attorney's fees and costs in the total amount of $573,517.26 against the Defendants' law firm, Silverman Santucci LLP, as a sanction pursuant to 28 U.S.C. § 1927.  Specifically, American Honda contends that Silverman Santucci, through its continued pursuit of numerous frivolous counterclaims, unreasonably and vexatiously multiplied the proceedings before this Court and caused American Honda to unnecessarily incur attorneys' fees, costs, and other expenses.  On September 17, 2007, the Magistrate Judge, after conducting an evidentiary hearing and reviewing each side's moving papers, issued a Report and Recommendation, (Doc. 155), recommending that American Honda's motion be granted in part, and that Silverman Santucci be sanctioned under § 1927 in the total amount of $331,498.56.

Silverman Santucci has filed objections to the Magistrate Judge's report, (Docs. 157, 162), to which American Honda has responded, (Doc. 158).  The Court has carefully

---

[1] See Chambers v. Nasco, Inc., 501 U.S. 32, 45-46 (1991).

reviewed the Magistrate Judge's report, each side's papers in response to the report, as well as the original motion for attorney's fees and costs and related filings.  The Court has also reviewed the entire case docket, including the various motions and orders relating to the substantive merits of each counterclaim.  Based on this review, it is apparent that the Magistrate Judge conducted a thorough and careful analysis of both the facts and the law relating to American Honda's motion under § 1927, and gave Silverman Santucci every opportunity to present evidence in support of its position that it should not be sanctioned.  Silverman Santucci, however, did not present any such evidence, and waived its right to challenge the reasonableness of American Honda's calculation of its attorney's fees and costs.  Instead, Silverman Santucci has filed twenty-five (25) pages of objections, which merely reiterate its vague and unsupported arguments previously made before the Magistrate Judge, the majority of which relate to events that occurred prior to the relevant date for purposes of assessing sanctions.  Simply put, Silverman Santucci has not presented any argument - legal or otherwise - which would convince the Court that the Magistrate Judge's analysis is either legally or factually incorrect.[2]

Accordingly, upon an independent examination of the file and upon due consideration, it is hereby ORDERED and ADJUDGED as follows:

---

[2] For example, Silverman Santucci repeatedly argues that it was ethically obligated to represent the Defendants throughout the entirety of this litigation and therefore should not be punished for its participation in this case.  However, Silverman Santucci never once identifies a single rule of ethics which mandates such continued representation, nor even attempts to explain why it did not seek to withdraw as counsel until several months after final judgment was entered.

(1)     The Report and Recommendation of the Magistrate Judge, (Doc. 155), is adopted, confirmed and made a part hereof, and the Objections of Silverman Santucci LLP, (Doc. 157), are OVERRULED;

(2)     American Honda Motor Co., Inc.'s Motion For An Award Of Reasonable Attorney's Fees and Related Non-Taxable Expenses Against Silverman Santucci LLP And/Or Its Responsible Attorneys, (Doc. 123), is GRANTED IN PART to the extent that American Honda Motor Co., Inc., is entitled to an award in the amount of $270,664.25 for attorney's fees and $60,834.31 for costs and expenses, for a sum total of $331,498.56, pursuant to 28 U.S.C. § 1927;

(3)     American Honda Motor Co., Inc.'s Motion To Strike Portions of (1) Silverman Santucci LLP's Memorandum of Law in Opposition to American Honda's Motion for Attorney's Fees and Related Non-Taxable Expenses and (2) The Affidavit of S. Tracy Long, (Doc. 141), is DENIED;

(4)     The Report and Recommendation of the Magistrate Judge, (Doc. 156), is adopted, confirmed and made a part hereof, and American Honda Motor Co., Inc.'s Motion For An Award of Reasonable Attorney's Fees and Related Non-Taxable Expenses Against Defendants Motorcycle Information Network, Inc. and Gregory Schweighart, (Doc. 122), is GRANTED IN PART to the extent that American Honda Motor Co., Inc. is entitled to an award in the amount of $509,755.75 for attorney's fees and $6,534.09 for costs, for a sum total of $516,289.84;

(5)     The Clerk is directed to enter Judgment in favor of American Honda Motor Co. Inc., and against Defendant Motorcycle Information Network, Inc., Defendant Gregory Schweighart, and the law firm of Silverman Santucci LLP, jointly and severally, in the amount of $270,664.25 in attorney's fees and $6,534.09 in costs.  A supplemental judgment shall be entered in favor of American Honda Motor Co. Inc., and against the law firm of Silverman Santucci LLP in the additional amount of $54,300.22  in costs; and against Defendants Motorcycle Information Network, Inc., and Gregory Schweighart, jointly and severally, in the additional amount of  $239,091.50 in attorney's fees.

(6)     The Clerk is further directed to terminate any other pending motions and close the file.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 2nd day of April, 2008.

*[signature]*

UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones
             Counsel of Record